UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

Ricardo Fernandez Gonzalez,
aka Jorge Hernandez Gonzalez,

                Defendant.

CASE NO. 05CR2250-W

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 18 USC 111(a)(b).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/21/07

                                    Thomas J. Whelan
                                    UNITED STATES DISTRICT JUDGE